JONES, Respondent, v. BLUNN et al., Appellants.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by Thomas Jones, as receiver of the Rheubottom & Teall Manufacturing Company, against Ferdinand S. M. Blunn and another.
No opinion.   Judgment appealed from affirmed, with costs.

McARTHUR, Appellant, v. CAMERON et al., Respondents.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by Wallace R. McArthur against Lydia A. Cameron and others.
No opinion.   Order appealed from affirmed, with $10 costs and disbursements.

METZLER, Respondent, v. ROCHESTER CITY & B. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by John Metzler against the Rochester City & Brighton Railroad Company.
No opinion.   Judgment appealed from reversed, and a new trial granted upon the authority of Birmingham v. Railroad Co., 137 N. Y. 13, 32 N. E. 995.

MYERS et al., Respondents, v. ROCHESTER & H. V. R. CO., Appellant.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by Thomas A. Myers and others against the Rochester & Honeoye Valley Railroad Company.
No opinion.   Judgment appealed from affirmed, with costs.

NASSOIY v. TOMLINSON et al.
(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by J. Felix Nassoiy against David H. Tomlinson and others.
No opinion.   Judgment and order appealed from affirmed on the former opinion written in this case.   65 Hun, 491, 20 N. Y. Supp. 384.

· NEUPERT et al., Respondents, v. BROOKER et al., Appellants.

(Supreme Court, General Term, Fifth Department.   January 18, 1894.)

Action by Anthony Neupert and John C. Lutz against Hurbert H. Brooker and James Downs.
No opinion.   Order of the county judge of Niagara county appealed from affirmed, with $10 costs and disbursements, on the authority of Bank v. Wilson, 13 Hun, 232.